1 Brian C. Shapiro
Attorney at Law: #192789
2 Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
3 Santa Fe Springs, California 90670
Tel.: (562) 868-5886
4 Fax: (562) 868-5491
E-mail: brian_rohlfing.office@speakeasy.net
5
Attorneys for Plaintiff RICHARD RIOS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| RICHARD RIOS, | ) Case No.: 1:08-CV-1414 LJO GSA |
|---|---|
| Plaintiff, | ) STIPULATION FOR THE AWARD |
| | ) AND PAYMENT OF ATTORNEY |
| vs. | ) FEES PURSUANT TO THE EQUAL |
| | ) ACCESS TO JUSTICE ACT, 28 U.S.C. |
| MICHAEL J. ASTRUE, | ) § 2412(d) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Plaintiff RICHARD RIOS ("Plaintiff") and Defendant Michael J. Astrue as the Commissioner of Social Security ("Defendant"), collectively as the "parties," through their undersigned attorneys, subject to the approval of the Court, that Brian C. Shapiro, as Plaintiff's counsel and assignee, be awarded attorney fees, costs and expenses under the EAJA in the amount of three thousand four hundred dollars ($3,400.00). This amount represents compensation for all legal services rendered by Brian C. Shapiro on behalf of Plaintiff in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

-1-

1  The stipulation is entered into for the sole purpose of settling all disputed
2 claims regarding EAJA and avoiding the expenses and risks of litigation. This
3 stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
4 attorney fees, costs, and expenses.  This stipulation does not constitute an
5 admission of liability on the part of Defendant under the EAJA.  This stipulation
6 does not settle, or compromise the question of whether Brian C. Shapiro may be,
7 is, or should be the direct payee of an award of fees, costs, and expenses under the
8 EAJA in the absence or presence of an express or implied assignment of such an
9 award nor whether any such award is free from or subject to debts of Plaintiff, if
10 any, under the Debt Collection Act of 1996, 31 U.S.C. § 3716, or as to any issue
11 regarding the applicability of the Assignment of Claims Act, 31 U.S.C. § 3727.
12  Neither this agreement nor the substance herein shall, in full or in part, be
13 quoted, cited or referred to in any document filed in any case but the present one
14 and it shall not, in full or in part, be attached to any document filed in any case but
15 the present one.
16  Payment of three thousand four hundred dollars ($3,400.00) in EAJA
17 attorney fees, costs, and expenses to Brian C. Shapiro shall constitute a complete
18 release from and bar to any and all claims Plaintiff may have relating to EAJA fees
19 in connection with this case.  Any payment shall be made payable to Plaintiff's
20 counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///

1   This award is without prejudice to the rights of Plaintiff's counsel to seek
2   Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions
3   of the EAJA.

DATE: December 17, 2009     Respectfully submitted,

Law Offices of Lawrence D. Rohlfing

/s/ *Brian C. Shapiro*
BY: _____
Brian C. Shapiro
Attorney for plaintiff RICHARD RIOS

DATE:  December 15, 2009    BENJAMIN B. WAGNER
United States Attorney

*/s/-THEOPHOUS REAGANS*
BY: _____
THEOPHOUS REAGANS
Special Assistant United States Attorney
Attorneys for defendant MICHAEL J. ASTRUE
Commissioner of Social Security

[*Via email authorization on 12/15/09]

**ORDER**

**IT IS ORDERED** that counsel for Plaintiff is awarded attorney fees and costs pursuant to the Equal Access to Justice Act ("EAJA") in the amount THREE THOUSAND FOUR HUNDRED DOLLARS and no/100's ($3,400.00), as authorized by 28 U.S.C. 2412(d), and subject to the terms and conditions of the Stipulation.

DATED:  December 16, 2009.

　　　　　　　／s/ Gary S. Austin
　　　　　　UNITED STATES MAGISTRATE JUDGE